No. 713. El Pueblo, Demandante y Apelado, v. Martínez, Acusado y Apelante.—Apelación procedente de la Corte de Distrito de Mayagüez en causa por daños maliciosos. Resuelto en noviembre 20, 1914. Confirmada la sentencia apelada, pero modificándola en el sentido de que se condene al acusado al pago de $50 de multa y costas o en su defecto a un día de cárcel por cada dollar de multa que dejare de satisfacer, no debiendo exceder la totalidad de la prisión de 30 días. Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.* El acusado no compareció.